753 A.2d 700

IN THE MATTER OF CLYDE E. EDMONDS,
AN ATTORNEY AT LAW.

June 29, 2000.

**ORDER**

**CLYDE E. EDMONDS** of **PLAINFIELD,** who was admitted to the bar of this State in 1972, having been convicted of one count of conspiracy to commit bank fraud in violation of 18 *U.S.C.A.* 371 and two counts of bank fraud in violation of 18 *U.S.C.A.* 1344 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CLYDE E. EDMONDS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CLYDE E. EDMONDS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CLYDE E. EDMONDS** comply with *Rule* 1:20–20 dealing with suspended attorneys.